

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| EX PARTE: JASON JONES, | § | No.08-22-00237-CR |
| Appellant. | § | Appeal from the |
|  | § | 171st District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 970D08935-171-1) |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellant's second motion for extension of time within which to file the brief until **February 19, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Scott C. Smith, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 19, 2023.

IT IS SO ORDERED this 25th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.